# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-00033-PAB-KMT

MARY TORRES, *on behalf of herself and*
*all others similarly situated,*

       Plaintiff,

v.

DELANOR, KEMPER & ASSOCIATES, LLC,
FRANK D. WATSON, WILTON K. CAVER,
and KHURREM HAIDER,

       Defendants.

_____

## NOTICE OF DISMISSAL WITHOUT PREJUDICE
_____

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff gives notice to the Clerk of the United States District Court for the District of Colorado that this case is voluntarily dismissed without prejudice.

                                  **Respectfully submitted,**

**April 16, 2013**                    **/s/ Tracey N. Tiedman**
                                          **Tracey N. Tiedman**
                                          **Weisberg & Meyers LLC**
                                          **5025 N. Central Ave., #602**
                                          **Phoenix, AZ 85012**
                                          **Telephone: (602) 445 9819**
                                          **Facsimile: (866) 565 1327**
                                          **TTiedman@AttorneysForConsumers.com**

## CERTIFICATE OF SERVICE

I certify that on April 16, 2013, I electronically filed the foregoing document with the clerk of the U.S. District Court of Colorado, using the electronic case filing system of the court.


By: s/ Lydia Bultemeyer
    Lydia Bultemeyer